# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA

v.

MAURICE ALLEN

CR 08 0462 MMC

FILED
08 JUL 15 PM 3:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

---

# INDICTMENT

Title 18, U.S.C. § 922(g)(1) - Felon in Possession of a Firearm
Title 18, U.S.C. § 924(d) - Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this 15 day of July

_____ Clerk

Bail, $ No Bail Warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**
Title 18, U.S.C. § 922(g)(1) - Felon in Possession of a Firearm
Title 18, U.S.C. § 924(d) - Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ MAURICE ALLEN

**DISTRICT COURT NUMBER**
CR 08  0462 MMC

FILED 08 JUL 15 PM 3:08  RICHARD W. WIEKING US DISTRICT COURT

**PENALTY:**
10 years prison, $250,000 fine, 3 years supervised release, $100 special assessment

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Alcohol, Tobacco, Firearms & Explosives, Inspector Michael Hamilton

☑ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Owen P. Martikan

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  6/18/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   Attorney for Plaintiff
3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA          **MMC**

10                       SAN FRANCISCO DIVISION

11                                           **CR 08    0462**

12  UNITED STATES OF AMERICA,        )   No.
                                     )
13         Plaintiff,                )
                                     )   VIOLATIONS: 18 U.S.C. § 922(g)(1) –
14     v.                            )   Felon in Possession of a Firearm; 18 U.S.C.
                                     )   § 924(d) Forfeiture
15  MAURICE ALLEN,                   )
                                     )
16         Defendant.                )   SAN FRANCISCO VENUE
                                     )
17  ─────────────────────────────────

18

19                            **INDICTMENT**

20  The Grand Jury charges:

21

22  <u>COUNT ONE</u>:    18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

23         On or about June 18, 2008, in the Northern District of California, the defendant,

24                              MAURICE ALLEN,

25  having previously been convicted of a crime punishable by a term of imprisonment exceeding

26  one year, did knowingly possess a firearm, described as a .45 caliber Ruger pistol, serial number

27  663-40558, in and affecting interstate and foreign commerce, in violation of Title

28

INDICTMENT

1  18, United States Code, Section 922(g)(1).

2

3  COUNT TWO:   18 U.S.C. § 924(d) – Forfeiture

4  Upon conviction of the offense in violation of 18 U.S.C. § 922(g) alleged in Count One

5  of this Indictment, the defendant,

6  MAURICE ALLEN,

7  shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), any firearms and ammunition

8  involved or used in the knowing commission of the offense, including but not limited to the

9  following:

10  a.  One .45 caliber Ruger pistol, serial number 663-40558;

11  b.  One magazine containing eight rounds of .45 caliber ammunition;

12  c.  One .45 caliber bullet.

13

14

15  DATED:                    A TRUE BILL.

16
    7/15/08                   _____
17                            FOREPERSON

18  JOSEPH P. RUSSONIELLO
    United States Attorney
19

20

21  GREGG W. LOWDER
    Chief, Major Crimes Section
22

23  (Approved as to form: _____)
24                         AUSA MARTIKAN

25

26

27

28

INDICTMENT                         -2-