UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

CRIMINAL PRETRIAL MINUTES

Date: JUL 2 3 2008

Case No. CR-08-0462 MMC

JUDGE: Maxine M. Chesney

Defendant: MAURICE ALLEN

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: OWEN MARTIKAN

ATTORNEY FOR DEFENDANT: Elizabeth Falk

Deputy Clerk: TRACY LUCERO

Reporter: Catherine Edwards

## PROCEEDINGS

REASON FOR HEARING: Initial Status Conference.

RESULT OF HEARING: Δ's counsel just received discovery materials.

AUSA intends on filing a related case notice (before Judge Hamilton)

Case continued to 8/20/08 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins JUL 2 3 2008  Ends 8/20/08

(5 min)