**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*  (415) 436-7241
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*  FAX:(415) 436-7234

August 5, 2008

*Via E-Filing & Hand Delivery*

Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

    Re:    *United States v. Maurice Allen*
               Northern Dist. of California Related Case Nos. CR 01-138 PJH / CR 08-462 PJH

Dear Judge Hamilton:

    The purpose of this letter is to request that the Court place this matter on its August 13, 2008 calendar for an initial status conference. The defendant is in custody. The parties appeared before Judge Chesney on July 23, 2008 in CR08-462, and she excluded time under the Speedy Trial Act for effective preparation of counsel through August 20, 2008, which was to be the next status or setting date in that case. This Court vacated the August 20 status conference when it related these cases.

    The August 13 status conference will also be the defendant's first appearance before the Court on the two pending supervised release violations arising out of CR 01-138 PJH, on which he will have been arraigned that morning.

    Please let me know if I can provide any further information concerning this case.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

OWEN P. MARTIKAN
Assistant United States Attorney

IT IS SO ORDERED
Judge Phyllis J. Hamilton

8/7/08

cc: