UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 13, 2008                               **JUDGE:** Phyllis J. Hamilton

**Case No:**   CR-08-462 PJH
              CR-01-138 PJH

**Case Name:**   UNITED STATES   v.  MAURICE ALLEN (c)

**Attorney for Plaintiff:**     Katherine Dowling for Owen Martikan
**Attorney for Defendant:**   Elizabeth Falk

**Deputy Clerk:**  Nichole Heuerman                 **Court Reporter**: Katherine Sullivan

### PROCEEDINGS

Status/Trial Setting (08-462)-Held.

Hearing Re: Supervised Release Violation (01-138)-Held.

Defense counsel informs the court that these matters have been transferred to Ron Tyler. Mr. Tyler is not available for three weeks and also has not had an opportunity to review the files. Defense counsel's request for a continuance is granted by the court.  Time is excluded from 8/13/08 to 9/3/08 for continuity of counsel and effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:**
September 3, 2008 at 1:30 p.m.  for Trial Setting and Hearing Re: Supervised Release Violation .

-----------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 8/13/08 Ends 9/3/08
-----------------------------------------------------------------------------------------------------------------------

**cc:**    file