JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0462 PJH |
|     Plaintiff, | RELATED TO: 01-138 PJH |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| MAURICE ALLEN, | |
|     Defendant. | |

    The parties appeared before the Honorable Phyllis J. Hamilton on August 13, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from August 13, 2008 to September 3, 2008 in light of the need for continuity of counsel and for effective preparation of counsel. Defendant's attorney will transfer this case due to her pending maternity leave, therefore, failure to grant the exclusion of time for the requested continuance would deny defense counsel reasonable time necessary for effective preparation, and would also deny the defendant continuity of counsel.

///

1    2.  Given these circumstances, the Court found that the ends of justice served by excluding

2    the time period from August 13, 2008 to September 3, 2008 outweigh the best interest of the

3    public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

4    3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from

5    August 13, 2008 to September 3, 2008 be excluded from Speedy Trial Act calculations under 18

6    U.S.C. § 3161(h)(8)(A) & (B)(iv).

7

8    SO STIPULATED:

9

10                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney

11

12   DATED: August 15, 2008    _____/s/_____
                                      KATHERINE B. DOWLING for
13                                    OWEN P. MARTIKAN
                                      Assistant United States Attorney
14

15   DATED: August 19, 2008    _____/s/_____
16                                    DANIEL BLANK for ELIZABETH FALK
                                      Attorney for Defendant
17

18

19

20   SO ORDERED.

21

22   DATED:_____
                                      _____
23                                    THE HONORABLE PHYLLIS HAMILTON
                                      United States District Judge
24

25

26

27

28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0462/01-0138                                                              2