UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 3, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:**   CR-08-462 PJH
              CR-01-138 PJH

**Case Name:**   UNITED STATES   v.  MAURICE ALLEN (C)

**Attorney for Plaintiff:**   Owen Martikan
**Attorney for Defendant:**   Ron Tyler

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Belle Ball

**PROCEEDINGS**

Status/Trial Setting (08-462)-Held.

Hearing Re: Supervised Release Violation (01-138)-Held.

Defense counsel's request to continue the matter to have additional time to meet and confer with client and government counsel is granted by the court.  Time is excluded from 9/3/08 to 10/1/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:**
October 1, 2008 at 1:30 p.m.  for Trial Setting and To Set Supervised Release Violation Hearing .

------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 9/3/08 Ends 10/1/08
------------------------------------------------------------------------------------------------------------------

**cc:**   file